IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER BRADY MILLER,<br><br>Defendant. | CR 23-63-BLG-SPW<br><br>ORDER |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 61), and for good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 6th day of June, 2024.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1